IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Case Number:  4:18-cv-3700

ROOR INTERNATIONAL BV, a Foreign Corporation, and SREAM, INC. a California Corporation

    Plaintiffs,

v.

HIGH TIMES and JOHN DOE

    Defendants.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

  Pursuant to Fed. R. Civ. P. 41 the Parties hereby stipulate to and give notice of the dismissal with prejudice of the above-titled and numbered action.

| | |
|---|---|
| /s/ _Andrew Jacoby_____ | /s/ _William F. Harmeyer_____ |
| Andrew K. Jacoby | William F. Harmeyer |
| Dated: May 2, 2019 | Respectfully submitted, |
| | _/s/ Andrew K. Jacoby_____ |
| | Andrew K. Jacoby (Texas Bar #24065488) |
| | Scott, Vicknair, Hair, & Checki, LLC |
| | 909 Poydras Street, Suite 1100 |
| | New Orleans, Louisiana 70112 |
| | Phone: (504) 684-5200 |
| | Fax: (504) 613-6351 |
| | jacoby@svhclaw.com |
| | *Attorneys for the Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 2nd day of May 2019, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ *Andrew K. Jacoby* _____
Andrew K. Jacoby

## SERVICE LIST

William F. Harmeyer
945 McKinney, #644
Houston, Texas 77002
Telephone: (713) 270-5552
Email: wharmeyer@harmeyerlaw.com
*Counsel for the Defendants*